1 | Brian C. Shapiro
Law Offices of Lawrence D. Rohlfing
2 | 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 | Tel.: (562)868-5886
Fax: (562)868-5491
4 | E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff

6
EILEEN M. DECKER
7 | United States Attorney
DOROTHY A. SCHOUTEN
8 | Assistant United States Attorney
Chief, Civil Division
9 | LARA A. BRADT, CSBN 289036
    Special Assistant United States Attorney
10     Social Security Administration, Region IX
    160 Spear Street, Suite 800
11     San Francisco, California 94105
    Tel: (415) 977-8921
12     Fax: (415) 744-0134
    E-mail: lara.bradt@ssa.gov
13

14 | Attorneys for Defendant

15

16 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
17

18
JON AARON LITTLE ) Case No.: 2:15-CV-07171-AJW
19 )
Plaintiff, ) **JUDGMENT OF REMAND**
20 vs. )
)
21 CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
22 )
Defendant. )
23 )
)
24 )
)
25

26

-1-

1 | Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence
2 | Six of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS
3 | HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned
4 | action is remanded to the Commissioner of Social Security for further proceedings
5 | consistent with the terms of the Stipulation to Remand.

6 | February 02, 2016

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE